**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

F I L E D

JUL 13 2018

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**MILTON BROWN**
**a/k/a SULTAN IMMANUEL–El–BEY,**

       Plaintiff,

v.                                          Civil Action No. **3:18CV342**

**UNITED STATES DEPARTMENT OF JUSTICE,** *et al.*,

       Defendants.

## MEMORANDUM OPINION

On June 1, 2018, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on June 13, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $0.50 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 7/11/18
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge